■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LOU HOLIDAY, Appellant. [624 NYS2d 934] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Moskowitz, J.), rendered November 24, 1992, convicting him of robbery in the first degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that the court erred by denying his request for a missing-witness charge with respect to two

police officers is without merit. The defendant failed to meet his burden of establishing that the uncalled officers were in a position to have knowledge of a material issue pending in the case *(see, People v Lyons,* 81 NY2d 753; *People v Hubbard,* 184 AD2d 781).

The defendant's contention that the court erred by failing to impose a sanction upon the People for a *Rosario* violation is unpreserved for appellate review *(see, People v Buckley,* 75 NY2d 843; *People v Reid,* 192 AD2d 1117), and we decline to reach it in the exercise of our interest of justice jurisdiction. Lawrence, J. P., Santucci, Friedmann and Florio, JJ., concur.